UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLISON S. ADORISIO,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. C06-5609RJB<br><br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING MATTER |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge J. Kelley Arnold. Dkt. 16. The Court has considered the Report and Recommendation, the remainder of the file, and is well advised.

The Report and Recommendation should be adopted. This case should be reversed and remanded as stated in the Report and Recommendation. Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees.

Accordingly, it is hereby **ORDERED** that:

PAGE-1

(1)     U.S. Magistrate Judge J. Kelley Arnold's Report and Recommendation (Dkt. 16) is **ADOPTED**,

(2)     The Commissioner of Social Security and the Appeals Council will remand this case to a different administrative law judge to (1) reconsider the medical evidence, and (2) reevaluate Plaintiff's credibility, and

(3)     The Clerk is directed to send copies of this order to counsel of record and to the Hon. J. Kelley Arnold.

DATED this 27th day of June, 2007.

Robert J. Bryan
United States District Judge

PAGE-2