# United States District Court

WESTERN DISTRICT OF WASHINGTON

ALLISON S. ADORISIO

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5609RJB

___    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

      The U.S. Magistrate Judge J. Kelley Arnold's Report and Recommendation (Dkt. 16) is **ADOPTED**; and

      the Commissioner of Social Security and the Appeals Council will remand this case to a different administrative law judge to (1) reconsider the medical evidence, and (2) re-evaluate Plaintiff's credibility.


   June 28, 2007                        BRUCE RIFKIN
Date                                  Clerk

                                 *s/Caroline M. Gonzalez*
                                 Deputy Clerk